# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JACQUELYN ABRAMS, f/k/a Jacquelyn Williams, | } } } |
| Plaintiff, | } } |
| v. | Case No.: 2:13-CV-113-RDP } } |
| MIDLAND FUNDING LLC; MIDLAND CREDIT MANAGEMENT, INC., | } } } } |
| Defendants. | |

## ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**. The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than **sixty (60) days** from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this      25th      day of March, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE